UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

**UNITED STATES OF AMERICA**
    Plaintiff

    v.

**ABDULLAH MUHAMMAD**
    Defendant

CRIM. NO. 11-00029-001

---

**CONSENT ORDER**

This matter, having come before the Court on a Motion by the defendant to correct the final Presentence Investigation Report, and the defendant appearing with his attorney, Kim Augustus Otis, Esquire, appointed under the Criminal Justice Act, and Sharon E. Ashe, Assistant United States Attorney, appearing on behalf of the government, and the parties consenting to the amendment of the Presentence Investigation Report, and good cause having been shown,

IT IS on this     15     day of August, 2011 ORDERED AND ADJUDGED as follows:

1.      United States Probation Officer Albert J. Flores shall amend the final Presentence Investigation Report, and submit the new report to the Bureau of Prisons, amending paragraphs 75 and 77 to omit the words "Molesting and interfering" under the heading **"Charge"** in each paragraph and inserting instead the following words:

> Interfering with enforcement agent
> (Atlantic City Animal Control Ordinance §121-17)

In all other respects the Presentence Investigation Report shall remain the same.  Probation Officer Albert J. Flores shall make this change to paragraphs 75 and 77 of the Presentence Investigation Report and distribute it according to law.

Honorable William H. Walls, U.S.D.J.

This Order is consented to by both United States Government and counsel for the defendant.

Sharon E. Ashe, A.U.S.A.
Attorney for United States of America

Kim Augustus Otis, Esquire
Attorney for Defendant Abdullah Muhammad

2